USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__5/1/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRENDAH KOTOK,

                    Plaintiff,

          -against-

LEVI'S ONLY STORES, INC.,

                    Defendant.

25-CV-04122 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

This is an employment discrimination action brought by Plaintiff Brendah Kotok against her former employer Levi's Only Stores, Inc.  On March 27, 2026, Defendant filed a letter stating the parties appeared for a private mediation, resolved this case, and had drafted and agreed on a longer-form settlement agreement, which "[was] with Plaintiff awaiting her execution." Dkt. No. 21.  Upon receiving notice of the settlement, the Court issued an order on March 30, 2026, dismissing this lawsuit without prejudice to any party moving to reopen within thirty (30) days if the settlement was not consummated.  Dkt. No. 22.

On May 1, 2026, the Court received an email purporting to be from Plaintiff.  It states Plaintiff did not sign the settlement agreement, despite significant pressure from her attorneys.  Plaintiff also seems to allege that her relationship with her attorneys has broken down over the settlement agreement, but that she nevertheless wishes to proceed with this case.

Given the prudential issues the communication raises, the Court will RESCIND its March 30, 2026 order of dismissal (Dkt. No. 22) and REOPEN this case.  It is further ORDERED that Plaintiff's counsel file a letter on or before **May 8, 2026**, providing the Court with an appropriate update, including whether Plaintiff has executed the settlement agreement and, if not, why Plaintiff's counsel did not move to re-open this case.  Counsel must also certify that they have provided Plaintiff with a copy of this Order and a copy of the filed letter.  If Plaintiff and her counsel's relationship has broken down, Plaintiff's counsel may also move to withdraw as counsel on or before **May 8, 2026**, but only after filing the letter.

The Court will issue an appropriate order after receiving the letter.

Dated: May 1, 2026
       New York, New York

                              SO ORDERED.

                              MARGARET M. GARNETT
                              United States District Judge