UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

BRENDAH KOTOK,                                          Index No. 25-CV-04122 (MMG)

                          Plaintiff,

          -against-                                     **AFFIDAVIT OF SERVICE**

LEVI'S ONLY STORES INC.,

                          Defendants.

-------------------------------------------------------------------X

STATE OF NEW YORK      }
                       } ss.
COUNTY OF NEW YORK     }

I, Selina DeJesus, being sworn, deposes and says:

I am not a party to the action, am over eighteen (18) years of age and reside in Westchester County, New York.

On May 9, 2026, I served the within Order, filed on May 1, 2026, via First Class Mail by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following:

**Brendah Kotok**
**PO BOX 610220**
**Bronx, NY 10461**

                                        _____
                                                Selina DeJesus

Sworn to before me on this
8th day of May, 2026

_____
Notary Public/State of New York

OLENA TATURA
Notary Public, State of New York
No. 01TA6346956
Qualified in Queens County
Commission Expires August 22, 20