# AKIN & SALAMAN PLLC

### ATTORNEYS AT LAW
**45 BROADWAY, SUITE 1420**
**NEW YORK, NEW YORK 10006**
Tel.  (212) 825-1400    Fax.  (212) 825-1440

**Zafer A. Akin**                                                                                          **Justin Ames**
**Robert D. Salaman**                                                                              **Olena Tatura**
                                                                                                                      **Kayla S. Callahan**
                                                                                                                      **Hakan Sen**
_____                                                      _____
**Partners**                                                                                                    **Associates**

May 8, 2026

**<u>Via CM/ECF</u>**
Honorable Margaret M. Garnett, U.S.D.J.
United State District Court—Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

        Re:     **<u>Bredath Kotok v. Levi's Only Stores, Inc.,</u>**
                 Index No.: 1:25-cv-04122-MMG

Dear Judge Garnett,

This office currently represents Plaintiff Kotok in the above referenced matter. Please accept this letter as a formal update to the case at hand, as directed by this Court's May 1, 2026 Order.[1] Plaintiff no longer wishes to accept the settlement obtained via the private mediation held on January 29, 2026 and has not signed any settlement agreement. Furthermore, Plaintiff's counsel failure to move to re-open the case in a timely manner was due to an internal administrative error (the deadline to re-open was not properly calendared). We thank the Court for its intervention in re-opening the case.

Additionally, it is Plaintiff's counsel intention to move to withdraw from representing Plaintiff in the action moving forward. Counsel will file a formal motion to withdraw imminently in accordance this Court's May 1, 2026 Order. In light of our office's intention to withdraw as counsel, we ask the Court to implement a stay on all future deadlines to allow for Plaintiff Kotok to obtain alternative representation.

We thank the Court for its attention to this case.

                                       Respectfully Submitted,

                                       **AKIN & SALAMAN PLLC**
                                       _____
                                       Kayla S. Callahan, Esq.
                                         45 Broadway, Suite 1420
                                         New York, NY 10006
                                         (212) 825-1400
                                         Kayla@akinlaws.com

---

[1] On May 8, 2026, prior to filing the instant letter with the Court, Plaintiff's counsel served Plaintiff Kotok with the Court's May 1, 2026 Order, Dkt. No. 23, via email and regular mail and has filed proof of service for both on the docket (See Dkt. No. 24 &25).