**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BRENDATH KOTOK,

                                                                    Case No.: 1:25-CV-04122-MMG

                              Plaintiff,

        -against-                                               **NOTICE OF MOTION**

LEVI'S ONLY STORES, INC.,

                              Defendant.

---

        **PLEASE TAKE NOTICE** that upon the accompanying Declaration of Kayla S. Callahan, Esq., the Akin & Salaman, PLLC will move this honorable Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007, on such date and at such time as the Court designates, for an Order granting this firm's motion to withdraw as counsel, awarding this firm a retaining lien and a charging lien for the work performed, and for such further relief as the Court deems just and proper.

   Dated: May 11, 2026
            New York, New York

                                                        Yours, etc.,
                                                        **AKIN & SALAMAN PLLC**

                                                        */s/ Kayla S. Callahan*

                                                        _____
                                                        Kayla S. Callahan Esq.
                                                        45 Broadway, Suite 1420
                                                        New York, NY 10006
                                                        Telephone: (212) 825-1400
                                                        Facsimile: (212) 825-1440
                                                        kayla@akinlaws.com
                                                        *Attorneys for Plaintiff*