USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/15/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRENDAH KOTOK,

                Plaintiff,

        -against-

LEVI'S ONLY STORES, INC.,

                Defendant.

25-CV-04122 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

This is an employment discrimination action brought by Plaintiff Brendah Kotok against her former employer Levi's Only Stores, Inc. On March 27, 2026, Defendant filed a letter stating the parties appeared for a private mediation, resolved this case, and had drafted and agreed on a longer-form settlement agreement, which "[was] with Plaintiff awaiting her execution." Dkt. No. 21. Upon receiving notice of the settlement, the Court issued an order on March 30, 2026, dismissing this lawsuit without prejudice to any party moving to reopen within thirty (30) days if the settlement was not consummated. Dkt. No. 22.

On May 1, 2026, the Court received an email purporting to be from Plaintiff. It states Plaintiff did not sign the settlement agreement, despite significant pressure from her attorneys. Plaintiff also seems to allege that her relationship with her attorneys has broken down over the settlement agreement, but that she nevertheless wishes to proceed with this case. That same day, the Court rescinded its prior order of dismissal and ordered Plaintiff's counsel to file a status update by May 8, 2026. Dkt. No. 23.

The Court has since received several relevant filings. First, a status update from Plaintiff's counsel. Dkt. No. 26. It states Plaintiff no longer wishes to accept the settlement and did not sign a settlement agreement. *Id.* Second, a letter motion from Defendant. Dkt. No. 27. Defendant submits the Court should convene a "confidential settlement conference with the parties" before granting a potential motion to withdraw from Plaintiff's counsel, which would better enable the Court to "understand the history and timeline of the parties' negotiations, Plaintiff's agreement to the terms of the settlement, and Defendant's position that the parties have an enforceable agreement that limit Plaintiff's ability to proceed with this action." *Id.* Third, Plaintiff's counsel moved to withdraw from this matter. Dkt. No. 28. In the motion, Plaintiff's counsel makes clear that Plaintiff never signed the settlement agreement. *See* Dkt. No. 28-1 ¶¶ 19–21. Plaintiff's counsel attempted to review the settlement agreement with Plaintiff at counsel's office, but Plaintiff refused to do so and instead opted to review the agreement at home alone. Plaintiff's counsel explains there have been significant issues communicating with Plaintiff about the settlement. The motion also explains that the attorney-client relationship has undergone "significant deterioration," and the situation has become such that it is "unreasonably difficult for Plaintiff's counsel to function" in that capacity. *Id.* ¶¶ 17–18. Fourth and last, on May 12, 2026, the Court received a letter from Plaintiff submitted to the *pro se* intake unit of the Southern District of New York. It asks for a conference with the Court

and Plaintiff's "former lawyers" so the Court may "tak[e] full control on getting this situation with [Plaintiff's] case to be successfully on [her] favor."

Based on the foregoing, it is hereby ORDERED that all counsel and Ms. Kotok appear for a conference with the Court on **Friday, May 29, 2026, at 2:30 p.m.**  The conference will take place in Courtroom 906 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY.  Counsel should be prepared to discuss the pending motions, and the Court will also be prepared to speak *ex parte* to Ms. Kotok and her current counsel about the breakdown in their relationship, as well as participate in attempting to reach a final settlement of this matter if all parties consent to the Court's participation in those discussions.

It is further ORDERED that Plaintiff's counsel ensure that Plaintiff receives a copy of this order by both email and a mail service that provides delivery confirmation and file proof of service on or before **May 19, 2026**.


Dated: May 15, 2026
       New York, New York


                                SO ORDERED.

                                _____
                                MARGARET M. GARNETT
                                United States District Judge

2