**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

BRENDAH KOTOK,

                    Plaintiff,

    -against-

LEVI'S ONLY STORES INC.,

                    Defendants.

----------------------------------------------------------------X

Index No. 25-CV-04122 (MMG)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      }
                         } ss.
COUNTY OF NEW YORK  }

I, Selina DeJesus, being sworn, deposes and says:

I am not a party to the action, am over eighteen (18) years of age and reside in Westchester County, New York.

On May 11th , 2026, I served the within Notice of Motion, Declaration of Kayla S. Callahan In Support of Motion to Withdraw as Counsel and Proof of Service filed on May 11, 2026, via First Class Mail by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following:

**Brendah Kotok**
**PO BOX 610220**
**Bronx, NY 10461**

                                                 _____
                                                 Selina DeJesus

Sworn to before me on this
11th day of May, 2026

_____
Notary Public/State of New York

OLENA TATURA
Notary Public, State of New York
No. 01TA6346956
Qualified in Queens County
Commission Expires August 22, 20__