**UNITED STATES DISTRICT COURT**
**SOUTHER DISTRICT OF NEW YORK**
------------------------------------------------------------------X

BRENDAH KOTOK,                                          Case No. 25-CV-4122 (MMG)

                Plaintiff,

     - against -                                                 **NOTICE OF APPEARANCE**

LEVI'S ONLY STORES, INC.,

                Defendant.
------------------------------------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

     Please enter my appearance as counsel in this case for Plaintiff Brendah Kotok.  I certify

that I am admitted to practice in this Court.

Dated: May 29, 2026
       New York, New York

                            **Akin & Salaman PLLC**

                            /s/ *Robert D. Salaman*
                            _____

                            Robert D. Salaman
                            45 Broadway, Suite 1420
                            New York, NY 10006
                            (212) 825-1400
                            rob@akinlaws.com

                            *Counsel for Plaintiff*