**Seyfarth**

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York  10018

T (212) 218-5500

F (212) 218-5526

cstieber@seyfarth.com

T (212) 218-3382

www.seyfarth.com

June 12, 2026

**VIA ECF**
Hon. Margaret M. Garnett
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> GRANTED.  The parties are hereby ORDERED to file a further status update regarding their settlement discussions on or before **June 26, 2026.**
>
> SO ORDERED.  Dated June 17, 2026.
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

Re:   ***Kotok v. Levi's Only Stores, Inc.***
      **Case No. 1:25-cv-04122-MMG**

Dear Judge Garnett:

This Firm represents Defendant Levi's Only Stores, Inc. ("Defendant") in the above-referenced action. Pursuant to the Court's May 29, 2026, Order (*see* ECF #35), Defendant writes jointly with Plaintiff Brendath Kotok ("Plaintiff") (incorrectly pled as "Brendah Kotok") to inform Your Honor of the status of the parties' settlement discussions.

To date, the parties have exchanged revised drafts of the settlement agreement in accordance with the parties' conference with Your Honor on May 29, 2026. Plaintiff is scheduled to meet with her attorneys next week to review the most recent draft agreement, which Defendant provided to Plaintiff on Thursday, June 11, 2026.

The parties respectfully request that the Court set a deadline of June 26, 2026, to provide an update to the Court on their efforts to finalize the revised settlement agreement. We thank the Court for its time and attention to this case, and for its consideration of this request.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Courtney Stieber*
Courtney Stieber

CS/dso
cc:   Counsel of Record (via ECF)