# AKIN & SALAMAN PLLC
## ATTORNEYS AT LAW
### 45 BROADWAY, SUITE 1420
### NEW YORK, NEW YORK 10006
### Tel. (212) 825-1400    Fax. (212) 825-1440

Zafer A. Akin
Robert D. Salaman

_____
Partners

Justin Ames
Olena Tatura
Kayla S. Callahan
Hakan Sen
_____
Associates

June 26, 2026

**Via CM/ECF**
Honorable Margaret M. Garnett, U.S.D.J.
United State District Court—Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> Re:    **Bredath Kotok v. Levi's Only Stores, Inc.,**
>        Index No.: 1:25-cv-04122-MMG

Dear Judge Garnett,

This office currently represents Plaintiff Kotok in the above referenced matter. We write jointly with counsel for Defendant, Levi's Only Stores, Inc., to provide a settlement update as directed by this Court's June 17, 2026 Order.

Since the settlement conference the parties participated in with Your Honor on May 29, 2026, the parties have diligently worked together on the settlement agreement.

On June 12, 2026, Defendant turned the most recent draft of the settlement agreement to Plaintiff's counsel. Although Plaintiff's counsel has conferred with Plaintiff, Plaintiff continues to have concerns over the terms of the settlement agreement. As a result, the parties require an additional two-week extension to finalize the agreement. The parties also respectfully request that the Court thereafter set a date for an additional in person or video settlement conference before Your Honor, whereby Plaintiff and counsel for the parties, with assistance from Your Honor, can mutually address any of Plaintiff's lingering concerns concerning the current settlement agreement. It is Plaintiff's counsel's opinion that this extension and additional settlement conference is essential to finalizing and executing the settlement agreement. Defense counsel (and if required by the court, its client) requests permission to appear remotely via video or telephone for this conference. We thank the Court for its attention to this case.

Respectfully Submitted,

AKIN & SALAMAN PLLC

GRANTED.  Counsel for both parties and Plaintiff are hereby ORDERED to appear for a conference with the Court on **Tuesday, July 14, 2026**, at **2:00 p.m.**  The conference will take place in-person in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's counsel may appear by telephone.  A member of the Court's staff will provide a phone number the day before the conference.

SO ORDERED.  Dated July 7, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Kayla S. Callahan, Esq.
45 Broadway, Suite 1420
New York, NY 10006
(212) 825-1400
Kayla@akinlaws.com
*Counsel for Plaintiff*

**SEYFARTH SHAW LLP**

/s/ *Courtney S. Stieber*
Courtney Stieber
620 Eighth Avenue, 32nd Fl.
New York, NY 10018
(212) 218-5500
cstieber@seyfarth.com
*Counsel for Defendant*